IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES EDWARD SHERROD, | ) | 4:14CV3003 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GARY E. LACEY, LINCOLN | ) | |
| POLICE DEPARTMENT, | ) | |
| NEBRASKA DEPARTMENT OF | ) | |
| CORRECTIONAL SERVICES, and | ) | |
| NEBRASKA STATE PATROL, | ) | |
| Lancaster County, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff James Sherrod's Motion to Reconsider (Filing No. 19). For the reasons explained to Sherrod in the court's orders dated April 17, 2014, and September 10, 2014 (*see* Filing No. 16 and Filing No. 18), Sherrod is not entitled to a refund of the court's filing fee.

IT IS ORDERED that: Sherrod's Motion to Reconsider (Filing No. 19) is denied.

DATED this 16th day of September, 2014.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.