IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES EDWARD SHERROD, | ) | 4:14CV3003 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GARY E. LACEY, LINCOLN POLICE DEPARTMENT, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, and NEBRASKA STATE PATROL, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Appointment of Counsel. (Filing No. 21.) The court entered judgment in this case on March 12, 2014. (Filing No. 13.) This case remains closed and there is no need for the appointment of counsel.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Appointment of Counsel (Filing No. 21) is denied.

DATED this 12th day of January, 2016.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge