IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES EDWARD SHERROD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3003 |
| | ) | |
| V. | ) | |
| | ) | |
| GARY E. LACEY, LINCOLN POLICE DEPARTMENT, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, and NEBRASKA STATE PATROL, Lancaster County, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion to Reopen Case. (Filing No. 23.) The court entered judgment in this case on March 12, 2014. (Filing No. 13.) Plaintiff has not identified any grounds for reopening this suit.

IT IS ORDERED that Plaintiff's Motion to Reopen Case (Filing No. 23) is denied.

DATED this 25th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Supervising Pro Se Judge