IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES EDWARD SHERROD,<br><br>        Plaintiff,<br><br>V.<br><br>GARY E. LACEY, LINCOLN POLICE DEPARTMENT, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, and NEBRASKA STATE PATROL, Lancaster County,<br><br>        Defendants. | 4:14CV3003<br><br>**MEMORANDUM AND ORDER** |

    This matter is before the court on Plaintiff's Motion for a Hearing. (Filing No. 29.) The court entered judgment in this case on March 12, 2014. (Filing No. 13.) Plaintiff has not identified any legitimate grounds warranting a hearing in this matter.

    Plaintiff's motion also seeks the appointment of counsel. This case is closed and there is no need for the appointment of counsel.

    IT IS ORDERED that Plaintiff's Motion for a Hearing (Filing No. 29) is denied.

    DATED this 30th day of November, 2016.

                                      BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      Supervising Pro Se Judge